| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN District of NEW YORK (State) | FILED U.S. BANKRUPTCY COURT 2024 MAR 19 P 2:08 S.D.N.Y. |
| Case number (if known): _____ Chapter 11 | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  231 E 123 LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  47-4791673

4. **Debtor's address**

   **Principal place of business**
   231 E. 123RD STREET
   Number   Street

   NEW YORK   NY   10035
   City        State  ZIP Code

   NEW YORK
   County

   **Mailing address, if different from principal place of business**
   93-16 71 DRIVE
   Number   Street

   P.O. Box _____

   FOREST HILLS, NY   11375
   City            State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number   Street

   _____
   City   State   ZIP Code

5. **Debtor's website (URL)**  _____

Debtor __231 E 123 LLC__          Case number (if known) _____
         Name

6. **Type of debtor**

    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

7. **Describe debtor's business**

    A. Check one:

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☐ None of the above

    B. Check all that apply:

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    __5311__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    Check one:

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. Check all that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor  231 E 123 LLC
           Name

Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ☐ No
   ☒ Yes.  District EASTERN PA  When 05/23/2021  Case number 21-11469ELF
                                       MM / DD / YYYY

   If more than 2 cases, attach a separate list.
   District _____  When _____  Case number _____
                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
             District _____  When _____
                                  MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.
    Case number, if known _____

11. **Why is the case filed in *this* district?**
    Check all that apply:
    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
                              Number    Street
                              _____
                              City                              State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor __231 E 123 LLC__   Case number (if known)_____
       Name

13. **Debtor's estimation of available funds**

    Check one:
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☒ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☒ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  03/19/2024
                MM / DD / YYYY

    ✗ _/s/ Alex A. Halimi_                           ALEX A. HALIMI
    Signature of authorized representative of debtor   Printed name

    Title  MANAGING MEMBER

Debtor  231 E 123 LLC
       Name

Case number (if known) _____

18. **Signature of attorney**    ✗ _____    Date _____
                                    Signature of attorney for debtor         MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____        _____    _____
City                                   State           ZIP Code

_____        _____
Contact phone                          Email address

_____        _____
Bar number                             State

Fill in this information to identify the case:

Debtor name: __231 E 123 LLC__

United States Bankruptcy Court for the: __SOUTHERN__ District of __NY__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PARAMOUNT COVERAGE 2241 E 1ST STREET BROOKLYN, NY 11223 | RONNIE LEVY 917-498-2154 RONNIE@PARAMOUNTCOVERAGE.COM | INSURANCE PREMIUMS | | | | 74,000 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  231 E 123 LLC                              Case number (if known)_____
　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2

## CERTIFICATE OF RESOLUTIONS OF 231 E 123 LLC

Alex Halimi, Manager of Gotham Deeds LLC, as Managing Member of 231 E 123 LLC, a New York Limited Liability Company (the "Company"), hereby certifies that at a meeting of the Managing Members of the Company duly called and held on March 18, 2024, the following resolutions were duly adopted in accordance with the requirements of the applicable laws and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

RESOLVED, that in the judgment of the Managing Members of the Company, it is desirable and in the best interests of the Company, its members, creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"); and it is

FURTHER RESOLVED that the officers and/or members of the Company be and each hereby is authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents, including to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolution adopted herein; and it is

FURTHER RESOLVED, that Alex Halimi, Managing Member of Gotham Deeds LLC, shall represent 231 E 123 LLC under Chapter 11 of the Bankruptcy Code.

In witness hereof I have hereunto set my hand this 18th day of March, 2024.

_____   03/19/24
By: Gotham Deeds LLC          Date
By: Alex Halimi, Managing Member

_____   3/19/24
By: Urban Legend LLC          Date
By: Saul Mazor, Member

# UNITED STATES BANKRUPTCY COURT
# ~~EASTERN~~ DISTRICT OF NEW YORK
## SOUTHERN

---------------------------------------------------x

In Re: 231 E 123 LLC

Case No.

Chapter 11

**Debtor(s)**

---------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 03/19/24

_____
Debtor

_____
Joint Debtor

s/_____
Attorney for Debtor

Rev. 11/15

USBC-44

Sharestates Investments, LLC, Series BC2016-00468
45 N. Station Plaza
Suite 400
Great Neck, NY 11021

Chondrite REO Inc.
1603 Orrington Avenue
Evanston, IL 60201

Paramount Coverage Inc.
2241 East 1st Street
Brooklyn, NY 11223

1808 Frankford LLC
93-16 71 Drive
Forest Hills, NY 11375

1814 S 20TH LLC
93-16 71 Drive
Forest Hills, NY 11375

1816 S 20TH LLC
93-16 71 Drive
Forest Hills, NY 11375

1915 McClellan LLC
93-16 71 Drive
Forest Hills, NY 11375

2320 Orthodox LLC
93-16 71 Drive
Forest Hills, NY 11375

2327 E York LLC
93-16 71 Drive
Forest Hills, NY 11375

2626 Frankford LLC
93-16 71 Drive
Forest Hills, NY 11375

4742 Richmond St LLC
93-16 71 Drive
Forest Hills, NY 11375

923 Bedford Ave LLC
93-16 71 Drive
Forest Hills, NY 11375

Con Edison
30 Flatbush Avenue
Brooklyn, NY 11217

CTI Construction Inc
3050 Whitestone Boulevard Ste 101B
Flushing, NY 11354

Gotham Bedrock LLC
93-16 71 Drive
Forest Hills, NY 11375

National Grid
1 Metrotech Center
Brooklyn, NY 11201

NYC Water Board
59-17 Junction Boulevard
Elmhurst, NY 11373

Small Business Administration
660 American Street
Philadelphia, PA 19147

Unknown Affiliate
93-16 71 Drive
Forest Hills, NY 11375

1121 Pier Village LLC
93-16 71 Drive
Forest Hills, NY 11375